# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GUAVA, LLC, | ) |
|        Plaintiff, | ) Civil Action No.: |
| v. | ) |
| JOHN DOE, | ) |
|        Defendant. | ) |

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

Plaintiff Guava, LLC does not have a parent corporation. No publicly held company owns 10% or more of Plaintiff's stock.

Respectfully submitted,

Guava LLC

DATED: February 5, 2013

By: /s/ Paul Duffy
Paul Duffy (Bar No. 224159)
Anti-Piracy Law Group
161 N. Clark St. Suite 3200
Chicago, IL 60601
Phone: (800) 380-0840
E-mail: paduffy@wefightpiracy.com
*Attorney for Plaintiff*