# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

GUAVA LLC,

    Plaintiff,

v.

DOE,

    Defendant.

CASE NO. 13-cv-00952

Judge: Hon. Harry D. LeinenweberDarrah

## **PLAINTIFF'S NOTICE OF DISMISSAL OF ACTION**

Plaintiff, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses, without prejudice, all causes of action in the complaint. The Doe defendant has filed neither an answer to the complaint nor a motion for summary judgment with respect to the same. Dismissal under Rule 41(a)(1) is therefore appropriate.

    Respectfully submitted,

    Guava LLC

**DATED:** June 26, 2013

    By: /s/ Paul A. Duffy
    Paul A. Duffy (D.C. Bar #6210496)
    161 N. Clark Street, Suite 3200
    Chicago, IL 60601
    E-mail: paduffy@wefightpiracy.com
    *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 26, 2013, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system.

/s/ Paul A. Duffy
Paul A. Duffy, Esq.
